# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TOM DAVID JONES

NO. 2020 KW 0456

**JULY 20, 2020**

---

In Re:    Tom David Jones, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 18-FELN-037155.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT